**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RODNEY HUTCHINSON,** : | |
|    Petitioner : | |
| : | No. 1:06-cr-00173-01 |
| v. : | |
| : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, this 2nd day of June 2014, **IT IS HEREBY ORDERED THAT** Petitioner's 60(b) motion for relief from the order denying his motion to vacate (Doc. No. 1647) is **DENIED**.

                                         S/ Yvette Kane
                                         Yvette Kane, District Judge
                                         United States District Court
                                         Middle District of Pennsylvania