# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RODNEY HUTCHINSON,** : | |
|    Petitioner : | |
| : | No. 1:06-cr-00173-01 |
| v. : | |
| : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, this 14th day of July 2014, **IT IS HEREBY ORDERED THAT** Petitioner's motion for reconsideration (Doc. No. 1656) is **DENIED**. **IT IS FURTHER ORDERED THAT** Petitioner's motion for leave to appeal in forma pauperis (Doc. No. 1654) is **GRANTED**.

                                               S/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania